# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE & CASUALTY COMPANY,**

   **Plaintiffs,**

**v.**               **Case No: 6:11-cv-1373-Orl-31TBS**

**ALTAMONTE SPRINGS DIAGNOSTIC IMAGING, INC., PREMIER MEDICAL IMAGING, RONALD LANDAU and BRAD FREMED,**

   **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Default Judgment against Defendant Brad Fremed (Doc. No. 73), filed August 21, 2012.

On October 1, 2012, the United States Magistrate Judge issued a report (Doc. No. 78) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The Motion for Default Judgment is **GRANTED.**

- 2 -

3.      The Clerk is directed to enter a non-final Interlocutory Default Judgment in favor of Plaintiffs and against Defendant Brad Fremed in the amount of $1,173,025.10.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 18, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party